UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06159-CV (SK) Date and Time: October 27, 2026 8:45 am PT
Title Sinthya Judit Lopez Argueta v. Todd Lyons, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Ashley Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER ADMINISTRATIVELY STAYING PETITIONER'S REMOVAL AND REQUIRING RESPONDENTS TO SHOW CAUSE**

According to petitioner, respondents rearrested and re-detained her (yesterday) on October 26, 2026—just seven days after she had been released on an order of supervision right after the October 14, 2026 arrest and detention that precipitated the habeas petition here in the first place. And despite this rapidly dizzying turn of events, she now claims that respondents are also seeking to remove her from the United States imminently.

Thus, in accordance with General Order 26-05 and the court's inherent authority to manage its docket and preserve its jurisdiction, petitioner's removal from the United States is ADMINISTRATIVELY STAYED for at least 72 hours, pending further order of the court. *See* 28 U.S.C. §§ 2241(c)(3), 2243; 28 U.S.C. § 1651(a); *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) (per curiam); *Trump v. J.G.G.*, 604 U.S. 670, 672–73 (2025) (per curiam); *United States v. United Mine Workers*, 330 U.S. 258, 293 (1947).

During that administrative stay of removal, respondents are ORDERED TO SHOW CAUSE in writing immediately not only why they did not provide the notice required by General Order 26-05, but also why the petition should not be granted for respondents' apparent failure to comply with all statutory and regulatory requirements for revocation of petitioner's October 19, 2026 order of supervision. *See, e.g.*, *Cheng v.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06159-CV (SK) Date and Time: October 27, 2026 8:45 am PT
Title Sinthya Judit Lopez Argueta v. Todd Lyons, et al.

*Warden of Adelanto ICE Proc. Ctr.*, --- F. Supp. 3d ---, 2026 WL 2629685 (C.D. Cal. Sept. 7, 2026).

If petitioner has already been removed from the United States, respondents must explain how they intend to facilitate her return to the United States (if that is what petitioner wants). *See Noem v. Abrego Garcia*, 145 S. Ct. 1017, 1018 (2025); *Ex parte Endo,* 323 U.S. 283, 307 (1944).

IT IS SO ORDERED.

cc: CV Chambers