UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-06159-CV (SKx)** | Date | October 27, 2026 |
| Title | ***Sinthya Judit Lopez Argueta v Ernesto Santa Cruz, Jr., et al.*** | | |

| | |
|---|---|
| Present: The Honorable | Cynthia Valenzuela, United States District Judge |

| | |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING IN PART SECOND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PERMANENT INJUNCTION [11]**

Petitioner Sinthya Judit Lopez Argueta brings this action for a writ of habeas corpus. Doc. # 1. On October 18, 2026, Petitioner filed an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. Doc. # 3. The Court denied this application based on the General Order, finding that that Petitioner did not face imminent, irreparable harm that warranted relief beyond the expedited briefing set in the General Order.

On October 26, 2026, Petitioner filed a Second *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause ("Second Application"). Doc. # 11. In the Second Application, Petitioner states that, after being released from custody pending the adjudication of her habeas petition, Petitioner reported to Immigration and Customs Enforcement (ICE) and was promptly re-detained and informed that she would be immediately deported to El Salvador. Petitioner brings the instant application to prevent her imminent deportation.

Based on Petitioner's Second Application, the Court finds that Petitioner faces imminent irreparable harm that cannot be addressed by the standard scheduling order

or by expediting the briefing schedule. Accordingly, the Court hereby GRANTS IN PART Petitioner's Second Application and ORDERS as follows:

1. Respondent is ENJOINED from removing Petitioner from the Central District of California;

2. Respondent is ORDERED to comply with General Order 26-05 (Doc. # 6), including the provisions concerning notice requirements set forth there; and

3. Respondent is ORDERED, within 24 hours, to file a declaration stating Petitioner's location and custody status, and the basis and timing of any removal.

4. This temporary restraining order shall take immediate effect and expires at 5:00 p.m. PT on November 9, 2026. The temporary restraining order may be extended for good cause or upon Respondents' consent.

5. Respondents are ordered to show cause why a preliminary injunction should not issue. *See* C.D. Cal. L. R. 65-1. Respondents must file any written response to the Order to Show Cause no later than November 4, 2026. Failure to file a response by this deadline shall be deemed as consent to the granting of a Preliminary Injunction. Petitioner shall file a reply no later than November 6, 2026.

6. The Court shall decide, after reviewing the parties' papers, whether to hold a hearing on the Order to Show Cause or to take the Order to Show Cause under submission

**IT IS SO ORDERED.**