UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SINTHYA JUDIT LOPEZ ARGUETA,

Petitioner,

v.

ERNESTO SANTA CRUZ, JR., *et al.*,

Respondents.

Case No. 5:26-cv-6159-CV (SKx)

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED**

**IT IS SO ORDERED**.

Dated: November 9, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE